**Order entered June 11, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00394-CV

### JEFFERY PAUL WALTON, Appellant

### V.

### KAY FRANCES WALTON, Appellee

**On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. CV-20-00449**

### ORDER

This is an appeal from a protective order. This appeal has mistakenly been designated as accelerated. We **DIRECT** the Clerk of this Court to remove the accelerated designation.

On June 1, 2021, appellant filed a "Jurisdictional Statement" explaining why the notice of appeal was filed late and asking this Court to construe appellant's request for transcripts, declaration of indigence, and Statement of Inability to Afford Payment of Court Costs or an Appeal Bond as sufficient to invoke our

jurisdiction over the appeal. The Court requests that appellee file, by **June 21, 2021**, a response to appellant's Jurisdictional Statement.

Before the Court is the June 8, 2021 request of Court Reporter Deborah Slovak for an extension of time to file the reporter's record of the hearing on the protective order. We **DENY** that request as premature. Until the Court determines its jurisdiction over this appeal, the reporter's record of the hearing on the protective order need not be filed. Should the Court determine it has jurisdiction over this appeal, it will set a new deadline for that reporter's record.

On April 6, 2021, the trial court conducted a hearing relating to appellant's Statement of Inability. On the Court's own motion, we **ORDER** Donna Kindle, Official Court Reporter for the 303rd Judicial District Court, to file, by **June 30, 2021**, either (1) the reporter's record of the April 6 hearing or (2) written verification that no record was taken of that hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Slovak; Ms. Kindle; and, all parties.

/s/     KEN MOLBERG
        JUSTICE